UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY K. NELSON, | ) | No. EDCV 07-1646-RC |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: February 17, 2009    __/S/ Rosalyn M. Chapman_____
                                                ROSALYN M. CHAPMAN
                                        UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1646.mdo
2/17/09